**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CRYSTAL ROSS, on behalf of herself and all other persons similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.:1:21-cv-02492-TWP-TAB ) |
| CLASSIC DINING POST ROAD, INC. | ) ) ) |
| Defendant. | ) |

**ORDER**

This cause coming to be heard before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal of Plaintiff's Second Amended Complaint with Prejudice, the Court having considered said Joint Motion for Approval and Dismissal and the attached Settlement Agreement, and being duly advised in the premises now approves the parties' Settlement Agreement and grants the parties' Joint Motion for Approval and Dismissal with prejudice, and it is **ORDERED:**

(1) The Court approves the parties' settlement and the Settlement Agreement, including the agreed award of attorneys' fees and costs, as fair, reasonable and adequate.

(2) The Settlement Agreement shall be binding on all parties.

(3) Each party is to bear their own attorneys' fees, expenses, and costs unless otherwise expressly covered by the parties' Settlement Agreement. Other than set forth in the Settlement Agreement, no further fees or costs are awarded to any party.

(4) This action (and the plaintiff's released claims) is (are) dismissed in its (their) entirety, *with prejudice*.

Date: 3/15/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF